So Ordered.

Dated: February 6, 2024



Rachel M. Blise
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 22-24916 |
| Margaret Mallory<br>*aka Margaret Ann Mallory* | CHAPTER 13 |
| Debtor. | JUDGE Rachel M. Blise |

**ORDER APPROVING STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT REGARDING PROPERTY LOCATED AT: 2217 N 39TH ST, MILWAUKEE, WI 53208-1336**

U.S. Bank Trust National Association as Trustee of LB-Igloo Series IV Trust (the "Movant") filed a motion for relief from the automatic stay and abandonment with respect to the property located at 2217 N 39th St, Milwaukee, WI 53208-1336 (the "Property"). Due and proper notice was given, and Debtor filed a response on November 20, 2023. The facts recited in the

motion show that the account was post-petition delinquent at the time of filing. Debtor is currently post-petition delinquent for the month of January 1, 2024 in the amount of $440.23, late charges in the amount of $35.22, and attorney fees and costs in the amount of $1,238.00 for a total amount due of $1,399.69. The total default includes a suspense balance of $313.76. Based on the stipulation of the parties,

IT IS HEREBY ORDERED: the Motion for Relief from Stay is Denied subject to the terms of this order.

IT IS FURTHER ORDERED: Movant shall file a Supplemental Proof of Claim in the amount of $1,399.69 to be paid through the Chapter 13 Plan within thirty (30) days of entry of this order.

IT IS FURTHER ORDERED: Debtor shall resume regular monthly payments in the amount of $440.23 each. The next monthly payment will be due February 1, 2024.

IT IS FURTHER ORDERED: The Movant is provided a 6-month doomsday provision on the regular monthly mortgage payments beginning with the January 1, 2024 payment and continuing through and including June 1, 2024 payment. Should the Debtor fail to timely remit any of said payments or should any of said payments be returned for insufficient funds, Movant may file an affidavit and proposed order and request that the relief requested in its motion for relief from automatic stay be granted. Thereafter, Movant shall have the right to renew its Motion via letter to the Court for the remainder of the plan.

IT IS FURTHER ORDERED: Abandonment shall be granted in the event that relief from the automatic stay is granted in the future.

IT IS FURTHER ORDERED: This Order is a Doomsday Order under this Court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders

####